IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHALONDA DANSBY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-02009-MHC-JKL |
| ) | |
| ABC FINANCIAL CORP.,[1] ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served counsel for all parties who have appeared in this action a true and correct copy of the following:

1. *Defendant ABC Financial Services, Inc.'s First Set of Interrogatories to Plaintiff*; and

2. *Defendant ABC Financial Services, Inc.'s First Request for Production of Documents to Plaintiff.*

I hereby certify that I served the foregoing First Set of Interrogatories and Request for Production of Documents by U.S. Mail upon the following counsel:

---

[1] Defendant retains Plaintiff's incorrect naming in the caption of this case until such time as its name is corrected.

**Matthew T. Berry**
**Adam Klein**
2751 Buford Highway, Suite 400
Atlanta, GA 30324
matt@mattberry.com
aklein@mattberry.com
*Counsel for Plaintiff*

Respectfully submitted this 14th day of November, 2016.

**GORDON & REES LLP**

3455 Peachtree Road
Suite 1500
Atlanta, Georgia 30326
P: (404) 869-9054
F: (678) 389-8475
pkstone@gordonrees.com
jputnam@gordonrees.com

/s/ *Parks K. Stone*
Parks K. Stone
Georgia Bar No. 547930
Jeffrey M. Putnam
Georgia Bar No. 144469

*Attorney for Defendant ABC Financial Services, Inc..*